```
JOHN M. KELLY
248 Golden Gate Avenue #A
San Francisco, CA 94102
(415) 567-1320
jmksf@hotmail.com
In Pro Per
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| John M. Kelly, | ) Case No.:C-10-4507 JSW |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER RE: |
| vs. | ) PLAINTIFF'S MOTION FOR ADMINIS- |
| | ) TRATIVE RELIEF TO FLIE A SUM- |
| U.S. CENSUS BUREAU and | ) MARY JUDGMENT MOTION EXCEEDING |
| | ) THE TWENTY-FIVE PAGE LIMIT |
| U.S. DEPARTMENT OF COMMERCE | ) |
| Defendants | ) |

GOOD CAUSE appearing, Plaintiff's Motion to Exceed Page Limit for Motion for Summary Judgment is GRANTED. And said Motion may be up to thirty (30) pages in length.

IT IS SO ORDERED.

Dated: JAN 0 3 2011

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

---

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT - CASE NO. 10-4507 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KELLY et al,

      Plaintiff,

v.

U.S. CENSUS BUREAU et al,

      Defendant.

Case Number: CV10-04507 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John M. Kelly
248 Golden Gate Avenue, #A
San Francisco, CA 94102

Dated: January 3, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk