IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John M. Kelly,<br><br>   Plaintiff,<br> v.<br>U.S. Census Bureau, et al.,<br><br>   Defendants. | NO. C 10-04507 JSW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |

Presently before the Court is Plaintiff's Administrative Motion to Correct Filing Status Addressed to the Chief Judge.[1] Plaintiff contends that the filing status of his Amended Complaint was changed by the Clerk's office when it was marked as "received," although he submitted it as "filed."

Upon review, the Court does not find good cause to alter the filing status of Plaintiff's Amended Complaint, because the Court finds that there is no substantive distinction between the filing status of "filed" and that of "received." In particular, the Clerk's office designates as

---

[1] In light of Plaintiff's *pro se* status, the Court liberally construes Plaintiff's February 8, 2011 Letter to the Court re. Court Clerk's Authority to Change Status of Filed Documents as a Motion.

"received" rather than as "filed" any document that is submitted directly to the Clerk's office by a *pro se* litigant. Accordingly, the Court DENIES Plaintiff's Motion for Administrative Relief.

Dated: March 3, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham A. Simmons abraham.simmons@usdoj.gov

John M. Kelly
320 Clementina Street #1014
San Francisco, CA 94103

**Dated:  March 3, 2011**                                  **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**