United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John M. Kelly, | NO. C 10-04507 JSW |
| Plaintiff, | **ORDER VACATING MARCH 3, 2011 ORDER AS UNNECESSARY** |
| v. | |
| U.S. Census Bureau, et al., | |
| Defendants. | |

On February 8, 2011, Plaintiff sent a letter to the Chief Judge regarding the authority of the Clerk of Court to change the status of a filed document. The Court treated the letter as a Request for Administrative Relief.[1] On March 3, 2011, the Court issued an Order Denying Plaintiff's Motion for Administrative Relief. (See id.)

The matter was brought back to the attention of the Court for reconsideration. Upon reconsideration, the Court finds that at the time the Court issued its Order, the Court was not fully informed about the actions taken by the Clerk and that the March 3 Order contains incorrect statements of the Court's procedures.

To correct a statement in its March 3 Order, under the procedures of the Court there is a difference between a document being stamped by the Clerk with the word "Received" or the word "Filed." See Civil L.R. 1-5(e) & (m). Further, unless a specific order has been made with respect to a particular litigant, there is no procedure of the Court under which the Clerk may stamp a document

---

[1] (See Order Denying Plaintiff's Motion for Administrative Relief 1 n.1, hereafter, "March 3 Order," Docket Item No. 50.)

1 as "Received" or "Filed" based on whether the submitting party is appearing *pro se*. Finally, as to
2 the merits of Plaintiff's Complaint, there is no procedure that allows the Clerk to change a document
3 stamped "Filed" to "Received" without an order of the Court.

4     It appears to the Court that the Clerk took corrective actions as outlined to Plaintiff in a letter
5 dated January 20, 2011. This corrective action eliminated the need for the Chief Judge to grant any
6 administrative relief based on the February 8, 2011 letter.

7     Therefore, after reconsideration and with the above clarification of the Court's procedures,
8 the March 3 Order is vacated as unnecessary.

9     The Court is grateful to Plaintiff for bringing this matter to the Court's attention.

12 Dated: March 16, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham A. Simmons abraham.simmons@usdoj.gov

John M. Kelly
320 Clementina Street #1014
San Francisco, CA 94103

**Dated: March 16, 2011**                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**