JOHN M. KELLY
320 Clementina Street #1014
San Francisco, CA 94103
(415) 536-1476
jmksf@hotmail.com
In Pro Per

**FILED**

MAY 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOHN M. KELLY,

    Plaintiff,

vs.

U.S. CENSUS BUREAU and

U.S. DEPARTMENT OF COMMERCE

    Defendants

Case No. C-10-4507 JSW

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SUBMISSIONS RE SETTLEMENT CONFERENCE ORDER

    GOOD CAUSE appearing, Plaintiff's Motion for Enlargement of Time to Submit Submissions Re Settlement Conference Order is GRANTED. The schedule for the parties settlement conference submission is now as follows: (1) The Parties' Confidential Settlement Conference Statements shall be hand-delivered to the Court by or before May 25, 2011; (2) Plaintiff shall hand-deliver his demand letter to the offices of Defendants' counsel by or before May 25, 2011; and (3) Defendants shall make available their response to Plaintiff's demand letter at the San Francisco offices of the U. S. Attorney by or before May 31, 2011, and Defendants' counsel shall have informed Plaintiff of specifically when and where the response will be available.

**IT IS SO ORDERED.**

Dated: May 23, 2011

_____
Elizabeth D. Laporte
U. S. Magistrate Judge

## CERTIFICATE OF SERVICE

I, John M. Kelly, am over age of 18 years, a citizen of the United States and a resident of the County of San Francisco in the State of California. My residence address is: 350 Clementina Street #1014, San Francisco, CA 94103.

On May 20, 2011, I served the attached document on Defendants by leaving a true and correct copy in an envelope with a clerk (on the 11th Floor) at the business address of Defendants' counsel of record, addressed as follows:

ABRAHAM A. SIMMONS
Assistant United States Attorney
United States Attorney's Office for
the Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2011, in San Francisco, CA

*/s/ John M. Kelly*
John M. Kelly