UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY

        Plaintiff(s),                      No. 10-04507 JSW (EDL)

    v.                               ORDER EXCUSING ATTENDANCE
                                       AT SETTLEMENT CONFERENCE

U.S. CENSUS BUREAU ET AL

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 20, 2011, Mark Tallarico, attorney for the Department of Commerce, requested to be excused from personally appearing at the settlement conference scheduled for June 2, 2011.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Mr. Tallarico be available by telephone from 2:00 p.m. Pacific Standard Time until further notice on June 2, 2011.

If the Court concludes that the absence of Mr. Tallarico is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Mr. Tallarico.

SO ORDERED.

Dated: May 24, 2011

                                                       _____
                                                       ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge