JOHN M. KELLY
320 Clementina Street #1014
San Francisco, CA 94103
(415) 536-1476
jmksf@hotmail.com
In Pro Per

Pro Se

CONFIDENTIAL – NOT TO BE FILED

E-Filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. KELLY, | Case No.:C-10-4507 JSW (JSC) |
| Plaintiff, | |
| vs. | PROPOSED ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS PERTAINING CONFI-DENTIAL ADR DOCUMENTS UNDER SEAL |
| U.S. CENSUS BUREAU and | |
| U.S. DEPARTMENT OF COMMERCE | |
| Defendants | |

The Court having considered the papers and arguments submitted in connection with Plaintiff's Administrative Motion to file confidential ADR documents under seal, and GOOD CAUSE APPEARING,

Plaintiff's Motion is GRANTED, and all documents filed in this matter will be made under seal.

**IT IS SO ORDERED.**

Dated: FEB 27 2012 , 2012

_____
~~Susan Illston~~ Jeffrey S. White
United States District Court Judge

COPIES MAILED TO SUBMITTING COUNSEL

