JOHN M. KELLY
320 Clementina Street #1014
San Francisco, CA 94103
(415) 536-1476
jmksf@hotmail.com
In Pro Per

*Pro Se*

*E-Filing*

CONFIDENTIAL – NOT TO BE FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOHN M. KELLY,

        Plaintiff,

        vs.

U.S. CENSUS BUREAU and

U.S. DEPARTMENT OF COMMERCE

        Defendants

)
)
)
)
)
)
)
)
)
)
)

Case No.:C-10-4507 JSW (JSC)

PROPOSED ORDER RE: PLAINTIFF'S
ADMINISTRATIVE MOTION TO FILE
DOCUMENTS PERTAINING CONFI-
DENTIAL ADR DOCUMENTS UNDER
SEAL

       The Court having considered the papers and arguments submitted in connection with Plaintiff's Administrative Motion to file confidential ADR documents under seal, and GOOD CAUSE APPEARING,

       Plaintiff's Motion is GRANTED, and all documents filed in this matter will be made under seal.

**IT IS SO ORDERED**.

Dated: ___FEB 27 2012___, 2012

_____
~~Susan Illston~~
United States District Court Judge  **Jeffrey S. White**

COPIES MAILED TO SUBMITTING COUNSEL

